# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

U.S.A. vs. Charles Nathaniel Bryant　　　　　　　　　　　　　　Docket No. 4:08-CR-21-1BO

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Charles Nathaniel Bryant, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 30, 2008, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Charles Nathaniel Bryant was released from custody on October 15, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 28, 2013, while in Nash County, North Carolina, the defendant was arrested for Driving While Impaired (13CR51609) and Reckless Driving to Endanger (13CR1488). Bryant submitted to a chemical analysis of his breath, which revealed a 0.10 alcohol concentration. The reckless driving nature of the offense allegedly involved the defendant exceeding 30 miles per hour over the posted speed limit. Bryant subsequently contacted the probation officer to acknowledge that he had consumed alcohol prior to operating a motor vehicle. The charges remain pending for disposition. As a sanction for this violation conduct, service of two days in jail and completion of a substance abuse assessment for alcohol use are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Charles Nathaniel Bryant
Docket No. 4:08-CR-21-1BO
Petition For Action
Page 2

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 consecutive days and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-758-7200
Executed On: July 5, 2013

ORDER OF COURT

Considered and ordered this 8 day of July, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge